UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BIS SERVICES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-1991** |
| **M/V ATLANTIC GRACE,** *in rem*, **and HISAMOTO KISEN CO., LTD,** *in personam* | **SECTION** |
| | **JUDGE** |
| | **MAGISTRATE JUDGE** |

## VERIFIED COMPLAINT

THE COMPLAINT of BIS SERVICES, LLC. against the M/V ATLANTIC GRACE, her appurtenances, etc., *in rem*, and against HISAMOTO KISEN CO., LTD, *in personam*, asserting admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule (C) of the Supplemental Rules for Certain Admiralty and Maritime Claims, avers upon information and belief:

I.

At all times material hereto, Plaintiff BIS Services, LLC. (hereinafter "BIS") is a domestic corporation duly authorized to conduct business within the State of Louisiana, with offices in the Parish of Jefferson.

II.

To the best of Plaintiff's knowledge and belief, at all times material hereto, Defendant Hisamoto Kisen Co. (hereinafter "Hisamoto"), was and is a business entity duly organized and located in Bizen, Okayama Prefecture, Japan, who is doing business within the Eastern District of Louisiana and the navigable waters of the United States of America, with a United States of

America Agent, Moran-Gulf Shipping Agencies, Inc., who is domiciled in Providence, RI and retains a principal business establishment in Metairie, LA.

III.

At all times material hereto, the M/V ATLANTIC GRACE, IME No. 9443126, is a bulk carrier, of approximately 21192 tons, a length of 172 meters, a width of 28 meters, and a draught of 10.01 meters. Upon information and belief, the M/V ATLANTIC GRACE is currently located on the Mississippi River, at the UBT Terminal in Davant, LA and is subject to the jurisdiction of this Honorable Court.

IV.

On or about February 7, 2016, Hisamoto verbally contracted, through its agent Bluewater Shipping on behalf of the M/V ATLANTIC GRACE, to remove damaged cargo, shore side loading and unloading into truck for disposal operation, and hydro-blasting of the ship's holds to remove the rust scale behind the cement residues (see confirmation of appointment correspondence attached as Exhibit A).

V.

BIS successfully completed its duties and responsibilities as verbally contracted from February 9 to February 20, 2016. The invoices issued to Hisamoto for the work contracted totaled $354,212.63 (see attached invoices and time sheets attached as Exhibit B).

VI.

Despite repeated demand, Hisamoto has failed to pay any amount of the outstanding invoices totaling $354,212.63.

VIII.

All conditions precedent to suit have been performed or have occurred.

VIX.

Hisamoto is justly and truly indebted to BIS in the amount of $354,212.63 for BIS's satisfaction and successful completion of the verbally contracted-for services to the M/V ATLANTIC GRACE.

X.

As the M/V ATLANTIC GRACE is a foreign-flagged ship, the immediate arrest of the M/V ATLANTIC GRACE is necessary for BIS to recover the damages caused by Hisamoto for failure to pay on outstanding invoices due and owing.

IX.

All and singular, the premises are true and correct and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

**WHEREFORE**, Plaintiff BIS Services, LLC prays:

1) that process in due form of law according to the course and practice of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against the M/V ATLANTIC GRACE and its appurtenances, whether the same be aboard or ashore, and that all persons claiming any interest in said vessel be cited to appear and answer the matters aforesaid, and that the vessel be condemned and sold, free and clear of all liens, to pay the demands and claims aforesaid, together with attorney's fees, interests, and costs;

2) that this Honorable Court shall direct the manner in which actual notice of the commencement of this action to foreclose shall be given by Plaintiff BIS Services, LLC, to the captain, master, or other ranking officer of the M/V ATLANTIC GRACE, as well as those

persons, firms, or corporations who may have recorded preferred liens on the M/V ATLANTIC GRACE.

3) that judgment be rendered in favor of the BIS SERVICES, LLC and against the M/V ATLANTIC GRACE and her appurtenances, *in rem* and against HISAMOTO KISEN CO., LTD, *in personam*, jointly and *in solido,* in the approximate principal sum of $354,212.63, the cost of seizure and custodianship of the M/V ATLANTIC GRACE; plus prejudgment interest as the Court deems reasonable until paid; and additional charges to include but not limited to all costs of collection, costs of these proceedings, and reasonable attorney's fees; and

3) that in due course, as may be necessary the M/V ATLANTIC GRACE be ordered sold and that the proceeds of that sale be applied to the amounts owing Plaintiff; and

4) for all other legal, equitable, and general relief to which Plaintiff BIS SERVICES, LLC may be entitled.

Respectfully submitted on March 9, 2016.

    WAITS, EMMETT, POPP & TEICH, L.L.C.

    s/Jordan N. Teich
    MATTHEW F. POPP  (24608)  T.A.
    RANDOLPH J. WAITS  (13157)
    JOHN F. EMMETT  (1861)
    JORDAN N. TEICH  (32254)
    MARK A. HILL  (33891)
    1515 Poydras Street, Suite 1950
    New Orleans, Louisiana  70112
    Telephone:     (504) 581-1301
    Facsimile:     (504) 585-1796
    E-mail:jteich@wep-law.com

    ATTORNEYS FOR BIS SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

/s/Jordan N. Teich
JORDAN N. TEICH


**PLEASE SERVE:**

1) **M/V ATLANTIC GRACE**
   UBT Terminal
   14537 Highway 15
   Davant, LA  70040